# EXHIBIT 1

# Karyn Meinke

| | |
|---|---|
| **From:** | Karyn Meinke |
| **Sent:** | Thursday, January 9, 2025 10:32 AM |
| **To:** | Karyn Meinke |
| **Subject:** | FW: Cause No. D-1-GN-009589; State of Texas v. Sunrise, et al |

---

**From:** Clayton Watkins <Clayton.Watkins@oag.texas.gov>
**Sent:** Tuesday, December 3, 2024 11:16 AM
**To:** Karyn Meinke <Karyn.Meinke@oag.texas.gov>; mark@sunriseaustin.org
**Subject:** RE: Cause No. D-1-GN-009589; State of Texas v. Sunrise, et al

Good morning, Mr. Hilbelink,

I did not see a response to the below e-mail, but if you have an attorney representing you, please let me know so that we may reach out to them directly.

We intend to set our request for a temporary injunction to be heard the week of January 6, 2025, we are going to request a two-day hearing. Please let me know your thoughts, but since the Court's calendar fills up quickly, if we do not hear from you by 4:30 today we will proceed to set the matter for hearing the week of January 6.

Thank you,

**Clay Watkins**
Assistant Attorney General
Consumer Protection Division
512.936.2042

---

**From:** Karyn Meinke <Karyn.Meinke@oag.texas.gov>
**Sent:** Wednesday, November 27, 2024 11:27 AM
**To:** mark@sunriseaustin.org
**Cc:** Clayton Watkins <Clayton.Watkins@oag.texas.gov>
**Subject:** Cause No. D-1-GN-009589; State of Texas v. Sunrise, et al

Good morning, Mr. Hilbelink-

I wanted to introduce myself and my co-counsel, Clayton Watkins. We are both representing the State in the attached lawsuit. In separate emails, I will be forwarding you all the exhibits that accompany the lawsuit filed yesterday (they are too big for one email, so I apologize for multiple emails). If you have retained counsel, please forward his or her contact information to us as soon as possible. Thank you for your attention to this matter.

1

Karyn A. Meinke | Assistant Attorney General | Consumer Protection Division
112 E. Pecan, Ste. 735 San Antonio, TX  78205 | ph: 210.270.1107 | fax: 210.225.1075 |
karyn.meinke@oag.texas.gov

