# EXHIBIT 2

12/11/2024 2:08 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-009589
Eva Fairchild

## CAUSE NO. D-1-GN-24-009589

| | | |
|---|---|---|
| The State of Texas | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | IN THE COURT |
| | § | |
| SUNRISE COMMUNITY CHURCH; MARK HILBELINK | § | 126TH JUDICIAL DISTRICT |
| Defendant. | § | |
| | § | TRAVIS COUNTY, TEXAS |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Dec 4, 2024, 1:28 pm,**

**NOTICE OF HEARING,**

and was executed at **4430 Menchaca Road, Austin, TX 78745** within the county of **Travis** at **11:31 AM** on **Thu, Dec 05 2024,** by delivering a true copy to the within named

**MARK HILBELINK EXECUTIVE DIRECTOR AND FOUNDER OF SUNRISE HOMELESS NAVIGATION CENTER**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **John Horn**, my date of birth is **09/10/1968**, and my address is **PO Box 141303, Austin, TX 78714**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **TRAVIS** County, State of **TEXAS**, on **December 06, 2024**.

_____
John Horn
Certification Number: PSC-3134
Certification Expiration: 09/30/2025