### irIN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>*Plaintiff,*<br>v.<br><br>SUNRISE COMMUNITY CHURCH, INC. D/B/A SUNRISE HOMELESS NAVIGATION CENTER, MARK HILBELINK; REAL PROPERTRY KNOWN AS 4430 MENCHACA ROAD<br><br>*Defendants.* | Civil Action No. 1:25-cv-00005-DII |

## ORDER ON THE STATE OF TEXAS'S EMEREGENCY MOTION TO REMAND

On this day came to be heard Plaintiff the State of Texas's Emergency Motion to Remand. After reviewing the pleadings on file and considering the arguments of counsel, the Court is of the opinion that Plaintiff's Motion should be GRANTED.

IT IS SO ORDERED that Plaintiff the State of Texas's Emergency Motion to Remand.is GRANTED.

SO ORDERED this _____ day of _____, 2025.

_____
Hon. Robert Pitman
UNITED STATES DISTRICT JUDGE